A. C. LUCAS and JOHN LUCAS v. JAMES W.
TINSMAN, Appellant.

Division One, February 29, 1912.

Appeal from Knox Circuit Court.—*Hon. C. D.
Stewart,* Judge.

REVERSED AND REMANDED (*according to stipulation*).

*C. C. Fogle, L. F. Cottey* and *Berkheimer & Daw-
son* for appellant.

*Campbell & Ellison, N. A. Franklin, F. H. McCul-
lough* and *Higbee & Mills* for respondents.

BOND, C.—Since the argument and submission
of this case a stipulation has been entered into by the
parties whereby it is agreed that this cause shall be
reversed with directions to the circuit court of Knox
county to order the probate of the will of Sarah F.
Tinsman, deceased. In accordance with the terms of
said stipulation, the judgment of said circuit court
will be reversed, and the cause remanded with direc-
tions to enter a judgment ordering the probate of the
will of Sarah F. Tinsman; and the clerk of this court
is hereby ordered to file the aforesaid stipulation with
this opinion.

PER CURIAM.—The foregoing opinion of BOND,
C., is adopted as the opinion of the court. All the
judges concur.